# MANDATE

**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of August, two thousand and fourteen,

_____

Jennifer A. Connors,

        Plaintiff - Appellant - Cross - Appellee,

v.

Mary Hitchcock Memorial Hospital, Dartmouth Hitchcock Medical Center,

        Defendants - Appellees - Cross - Appellants,

Dartmouth Medical School, Dartmouth-Hitchcock Clinic, Trustees of Dartmouth College, Dartmouth Hitchcock Medical Clinic,

        Defendants.

_____

**ORDER**
Docket No. 14-1736
            14-1742

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/25/2014